# United States Bankruptcy Court
## District of Minnesota

In re: Aguedo Domingo Blanco
Hilda Abundez Bonfil
Debtor(s)

Case No. _____
Chapter 7

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: *Aguedo Blanco*     Date: May 17, 2018

*************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[✓] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [✓] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: *Hilda Bonfil*     Date: May 17, 2018

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, **routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy



**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx   Employee ID: 6

Home Department: 20 Production

Pay Period: 05/06/18 to 05/12/18
Check Date: 05/22/18   Check #: 597

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.01 | 19069.35 |
| **NET PAY** | **911.01** | **19069.35** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M520.00 | 14205.36 |
| Total Hours | 40.00 | | | 840.00 | |
| Gross Earnings | | | 1092.72 | | 22947.12 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 1422.72 |
| Medicare | | 15.84 | 332.73 |
| Fed Income Tax | M 4 | 58.84 | 1297.44 |
| MN Income Tax | M 4 | 32.28 | 677.88 |
| **TOTAL** | | **174.71** | **3730.77** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 147.00 |
| **TOTAL** | **7.00** | **147.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.01 | 19069.35 |

Payrolls by Paychex, Inc.

0056 1108-1619   Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN 55439 • (952) 221-3501

**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 04/29/18 to 05/05/18
Check Date: 05/15/18    Check #: 539

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.00 | 18158.34 |
| **NET PAY** | **911.00** | **18158.34** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary |  |  |  | 320.00 | 8741.76 |
| Salary | M40.00 |  | 1092.72 | M480.00 | 13112.64 |
| Total Hours | 40.00 |  |  | 800.00 |  |
| Gross Earnings |  |  | 1092.72 |  | 21854.40 |
| Total Hrs Worked | 40.00 |  |  |  |  |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 67.75 | 1354.97 |
| Medicare |  | 15.85 | 316.89 |
| Fed Income Tax | M 4 | 58.84 | 1238.60 |
| MN Income Tax | M 4 | 32.28 | 645.60 |
| **TOTAL** |  | **174.72** | **3556.06** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 140.00 |
| **TOTAL** | **7.00** | **140.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 911.00 | 18158.34 |

Payrolls by Paychex, Inc.

0056 1108-1619    Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN  55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 04/15/18 to 04/21/18
Check Date: 05/01/18    Check #: 426

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.01 | 16336.32 |
| NET PAY | 911.01 | 16336.32 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M400.00 | 10927.20 |
| Total Hours | 40.00 | | | 720.00 | |
| Gross Earnings | | | 1092.72 | | 19668.96 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 1219.48 |
| Medicare | | 15.84 | 285.20 |
| Fed Income Tax | M 4 | 58.84 | 1120.92 |
| MN Income Tax | M 4 | 32.28 | 581.04 |
| TOTAL | | 174.71 | 3206.64 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 126.00 |
| TOTAL | 7.00 | 126.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.01 | 16336.32 |

Payrolls by Paychex, Inc.

0056 1108-1619   Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

FOLD AND REMOVE          FOLD AND REMOVE

FOLD AND REMOVE | FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

**Home Department:** 20 Production

**Pay Period:** 04/08/18 to 04/14/18
**Check Date:** 04/24/18    **Check #:** 373
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.00 | 15425.31 |
| **NET PAY** | **911.00** | **15425.31** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M360.00 | 9834.48 |
| Total Hours | 40.00 | | | 680.00 | |
| Gross Earnings | | | 1092.72 | | 18576.24 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 1151.73 |
| Medicare | | 15.85 | 269.36 |
| Fed Income Tax | M 4 | 58.84 | 1062.08 |
| MN Income Tax | M 4 | 32.28 | 548.76 |
| **TOTAL** | | **174.72** | **3031.93** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 119.00 |
| **TOTAL** | **7.00** | **119.00** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **911.00** | **15425.31** |

Payrolls by Paychex, Inc.

0056 1108-1619    Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN 55439 • (952) 221-9501

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 04/01/18 to 04/07/18
Check Date: 04/17/18    Check #: 321

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.01 | 14514.31 |
| **NET PAY** | **911.01** | **14514.31** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M320.00 | 8741.76 |
| Total Hours | 40.00 | | | 640.00 | |
| Gross Earnings | | | 1092.72 | | 17483.52 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 1083.98 |
| Medicare | | 15.84 | 253.51 |
| Fed Income Tax | M 4 | 58.84 | 1003.24 |
| MN Income Tax | M 4 | 32.28 | 516.48 |
| **TOTAL** | | **174.71** | **2857.21** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 112.00 |
| **TOTAL** | **7.00** | **112.00** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.01 | 14514.31 |

Payrolls by Paychex, Inc.

0056 1108-1619    Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 03/25/18 to 03/31/18
Check Date: 04/10/18    Check #: 273

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.00 | 13603.30 |
| **NET PAY** | **911.00** | **13603.30** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M280.00 | 7649.04 |
| Total Hours | 40.00 | | | 600.00 | |
| Gross Earnings | | | 1092.72 | | 16390.80 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 1016.23 |
| Medicare | | 15.85 | 237.67 |
| Fed Income Tax | M 4 | 58.84 | 944.40 |
| MN Income Tax | M 4 | 32.28 | 484.20 |
| **TOTAL** | | **174.72** | **2682.50** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 105.00 |
| **TOTAL** | **7.00** | **105.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.00 | 13603.30 |

Payrolls by Paychex, Inc.

0056 1108-1619  Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN 55439 • (952) 221-3501

FOLD AND REMOVE                                                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 03/18/18 to 03/24/18
Check Date: 04/03/18    Check #: 224

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.01 | 12692.30 |
| NET PAY | 911.01 | 12692.30 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | | 320.00 | 8741.76 |
| | Salary | M40.00 | | 1092.72 | M240.00 | 6556.32 |
| | Total Hours | 40.00 | | | 560.00 | |
| | Gross Earnings | | | 1092.72 | | 15298.08 |
| | Total Hrs Worked | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | | 67.75 | 948.48 |
| | Medicare | | | 15.84 | 221.82 |
| | Fed Income Tax | M 4 | | 58.84 | 885.56 |
| | MN Income Tax | M 4 | | 32.28 | 451.92 |
| | TOTAL | | | 174.71 | 2507.78 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Uniform Deducti | 7.00 | 98.00 |
| | TOTAL | 7.00 | 98.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.01 | 12692.30 |

Payrolls by Paychex, Inc.

0056 1108-1619   Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

**PERSONAL AND CHECK INFORMATION**

Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 03/11/18 to 03/17/18
Check Date: 03/27/18    Check #: 180

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.00 | 11781.29 |
| NET PAY | 911.00 | 11781.29 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | 320.00 | 8741.76 |
| Salary | M40.00 | | 1092.72 | M200.00 | 5463.60 |
| Total Hours | 40.00 | | | 520.00 | |
| Gross Earnings | | | 1092.72 | | 14205.36 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.75 | 880.73 |
| Medicare | | 15.85 | 205.98 |
| Fed Income Tax | M 4 | 58.84 | 826.72 |
| MN Income Tax | M 4 | 32.28 | 419.64 |
| TOTAL | | 174.72 | 2333.07 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 91.00 |
| TOTAL | 7.00 | 91.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.00 | 11781.29 |

Payrolls by Paychex, Inc.

0056 1108-1619  Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

**PERSONAL AND CHECK INFORMATION**

Aguedo D Blanco
8408 16th Avenue S
Bloomington, MN 55425
Soc Sec #: xxx-xx-xxxx    Employee ID: 6

Home Department: 20 Production

Pay Period: 03/04/18 to 03/10/18
Check Date: 03/20/18    Check #: 134

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 911.02 | 10870.29 |
| NET PAY | 911.02 | 10870.29 |

**EARNINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | HOURS | YTD ($) |
|---|---|---|---|---|
| Salary | | | 320.00 | 8741.76 |
| Salary | M40.00 | 1092.72 | M160.00 | 4370.88 |
| Total Hours | | 40.00 | 480.00 | |
| Gross Earnings | | 1092.72 | | 13112.64 |
| Total Hrs Worked | | 40.00 | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.74 | 812.98 |
| Medicare | | 15.84 | 190.13 |
| Fed Income Tax | M 4 | 58.84 | 767.88 |
| MN Income Tax | M 4 | 32.28 | 387.36 |
| TOTAL | | 174.70 | 2158.35 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Uniform Deducti | 7.00 | 84.00 |
| TOTAL | 7.00 | 84.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 911.02 | 10870.29 |

*Payrolls by Paychex, Inc.*

0056 1108-1619   Sisinni Food Services Inc • 6947 Washington Ave S • Minneapolis MN  55439 • (952) 221-3501

3-2018
4