UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Aguedo Domingo Blanco,
a/k/a Aguedo Blanco Delgado, and
Hilda Abundez Bonfil,
                 Debtors.

Chapter 7
BKY 18-41703-MER

## NOTICE OF SALE

TO:    The United States Trustee, all creditors, and other parties in interest.

On <u>October 19, 2018</u>, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

      The debtors' non-exempt assets include the following: Camera with a scheduled value of $150, Cell phones with a scheduled value of $200, and Treadmill with a scheduled value of $150. The debtors will also turnover non-exempt bank account balances of $4,319.31, cash of $16.00, and wages of $325.36, for a total of $5,160.67.
      The debtors will pay $250.00, payable in monthly payments, starting in October 2018 and to be paid off with their share of the 2018 tax refunds. The chapter 7 trustee shall retain a security interest in the assets until paid in full. The costs of liquidation would quickly offset any value to the estate. As such, the trustee believes the sale is in the best interests of the estate. The trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale. The asset is sold "as is" without any representations and warranties.

## OBJECTION:    MOTION:    HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 401 2nd Avenue N., Suite 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

                        By     /e/ Nauni J. Manty
Dated: September 26, 2018                     Nauni J. Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: AGUEDO DOMINGO BLANCO<br>HILDA ABUNDEZ BONFIL | CASE NO: 18-41703<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/26/2018, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/26/2018

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
401 N 2nd Avenue, Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: AGUEDO DOMINGO BLANCO<br>HILDA ABUNDEZ BONFIL | CASE NO: 18-41703<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 9/26/2018, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/26/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 N 2nd Avenue, Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 18-41703<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>WED SEP 26 13-40-50 CDT 2018 | EXCLUDE<br>MINNEAPOLIS<br>301 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | BEST BUY CREDIT SERVICES<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 |
| BEST BUY HSBC<br>RETAIL SERVICES<br>PO BOX 15521<br>WILMINGTON DE 19850-5521 | BLOOMINGTON SHOPPES DEVELOPERS<br>5353 WAYZATA BLVD STE 650<br>MINNEAPOLIS MN 55416-1349 | BLOOMINGTON SHOPPES DEVELOPERS<br>8501 LYNDALE AVENUE SOUTH<br>BLOOMINGTON MN 55420-2237 |
| CENTER POINT ENERGY<br>PO BOC 1144<br>MINNEAPOLIS MN 55440-1144 | CENTER POINT ENERGY<br>PO BOX 4671<br>HOUSTON TX 77210-4671 | CENTURY LINK<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701-2654 |
| CENTURY LINK<br>PO BOX 91154<br>SEATTLE WA 98111-9254 | CITY OF BLOOMINGTON<br>1800 W OLD SHAKOPEE RD<br>BLOOMINGTON MN 55431-3027 | DOLORES BUNAY PINEDA<br>5160 160TH STREET SE<br>APT 105<br>PRIOR LAKE MN 55372-2541 |
| ECKTOR TAVERAZ<br>BO CANOVANILLAS<br>CARR 3 R 857 KM6 7<br>CAROLINA PR 00986 | ECKTTOR TAVERAS VERAS<br>1 WEST LAKE STREET<br>185<br>MINNEAPOLIS MN 55408-3362 | FATIMA BUNAY ORTIZ<br>5160 160TH STREET SE<br>APT 105<br>PRIOR LAKE MN 55372-2541 |
| GURSTEL STALOCH  CHARGO<br>6681 COUNTY CLUB DR<br>GOLDEN VALLEY MN 55427-4601 | HERBERGERS<br>PO BOX 659450<br>SAN ANTONIO TX 78265-9450 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| JONATHON D NELSON<br>GURSTEL LAW FIRM PC<br>6681 COUNTRY CLUB DRIVE<br>GOLDEN VALLEY MN 55427-4601 | NEPP  HACKERT LLC<br>1 W LAKE ST 185<br>MINNEAPOLIS MN 55408-3362 | RICHFIELD BLOOMINGTON CU<br>345 E 77TH STREET<br>RICHFIELD MN 55423-4358 |
| RICHFIELD BLOOMINGTON CU<br>PO BOX 4519<br>CAROL STREAM IL 60197-4519 | SAMS CLUB MCSYNCB<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | SAMS CLUBSYNCHRONY BANK<br>PO BOX 530942<br>ATLANTA GA 30353-0942 |
| TARGET CARD SERVICES<br>PO BOX 1581<br>MINNEAPOLIS MN 55440-1581 | TARGET CARD SERVICES<br>PO BOX 660170<br>DALLAS TX 75266-0170 | TD BANK USA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248866<br>OKLAHOMA CITY OK 73124-8866 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES IA 50306-0335

WELLS FARGO HOME MORTGAGE
PO BOX 14538
DES MOINES IA 50306-3538

XCEL ENERGY
414 NICOLLET MALL
MINNEAPOLIS MN 55401-1993

XCEL ENERGY    NSP
PO BOX 9477
MINNEAPOLIS MN 55484-0001

DEBTOR

AGUEDO DOMINGO BLANCO
8408 16TH AVENUE SOUTH
BLOOMINGTON MN 55425-1744

EXCLUDE

CRAIG W ANDRESEN
CRAIG W ANDRESEN LAW OFFICE
2001 KILLEBREW DR STE 150
BLOOMINGTON MN 55425-3051

HILDA ABUNDEZ BONFIL
8408 16TH AVENUE SOUTH
BLOOMINGTON MN 55425-1744

EXCLUDE

NAUNI JO MANTY
MANTY & ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097